IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,     )  | |
|                           Plaintiff,     ) | |
| vs.     ) | Case No. 05-40017-01-SAC |
| EBRIMA TUNKARA,     ) | |
|                           Defendant.     ) | |

**MOTION TO STRIKE GOVERNMENT'S
SENTENCING INFORMATION PER 21 U.S.C. §851**

COMES NOW the Accused and asks the Court to strike the notice of the government's intent to statutorily increase the mandatory minimum from five years to ten years. (Doc #41). The alleged basis of the notice is a "felony sale in Dekalb County, Georgia, [ ] sentenced on June 25, 2001." The notice is insufficient to fully advise Mr. Tunkara and enable him to defend against this accusation. No case number is provided, nor any other identifying information or discovery.[1]

An independent search for a felony drug conviction from that county has failed to reveal any such felony conviction, although there is record of a *misdemeanor* conviction for simple possession of marijuana on that date. A misdemeanor will not support an increased mandatory minimum sentence.

For these reasons, the defense asks that the notice be stricken.

---

[1] Counsel has requested such information, and the government has agreed to provide it once it is available.

Respectfully submitted,

S/Melody Evans
MELODY EVANS #17612
Assistant Federal Public Defender
    For the District of Kansas
424 South Kansas Avenue, Room 205
Topeka, Kansas 66603-3439
Phone: 785/232-9828
Fax: 785/232-9886
E-mail Address: melody_evans@fd.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2005, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mr Randy M. Hendershot
Assistant United States Attorney
444 SE Quincy        Room 290
Topeka KS 66683

s/ Melody Evans