IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff,  )<br>                                     )<br>vs.                              )<br>                                     )<br>EBRIMA TUNKARA,          )<br>    Defendant.  )<br>_____) | Case No. 05-40017-01-SAC |

**MOTION IN LIMINE**
**RE: IMMIGRATION STATUS**

COMES NOW the Accused, Ebrima Tunkara, and moves this Court to Order the government to refrain from offering evidence, questioning or arguing to the jury any information regarding Mr. Tunkara's non-citizen status in this country. Mr. Tunkara is an African national. He is indicted on drug trafficking offenses, not immigrations offenses, and his non-citizenship is wholly unrelated to the Indictment. Questions about whether he is legally in this country are irrelevant under F.R.E. 401, unfairly prejudicial under F.R.E. 403, and therefore should be excluded from this drug trial.

WHEREFORE, Mr. Tunkara asks this Court to grant this limine motion.

Respectfully submitted,

S/Melody Evans
MELODY EVANS #17612
Assistant Federal Public Defender
    For the District of Kansas
424 South Kansas Avenue, Room 205
Topeka, Kansas 66603-3439
Phone: 785/232-9828
Fax: 785/232-9886
E-mail Address: melody_evans@fd.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2005, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mr Randy M. Hendershot
Assistant United States Attorney
444 SE Quincy      Room 290
Topeka KS 66683

                                                s/ Melody Evans