IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-40017-01-SAC |
| | ) | |
| EBRIMA TUNKARA, | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO STRIKE GOVERNMENT'S EXPERT NOTICE**

COMES NOW the Accused and asks the Court to preclude the government from offering any expert testimony from either of the officers Jimerson or Morris. The government notified that each could offer expert testimony in this case about drug trafficking. Other than identifying the witnesses, however, the government failed to identify the expert testimony that either would offer specific to this case. Instead, a general litany of common police testimony was reviewed, most of which has no relevance to this trial.

Federal Rule of Criminal Procedure 16(a)(1)(G) provides:

> At the defendant's request, the government shall disclose to the defendant a written summary of testimony that the government intends to use under Rule 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial. . . . *The summary provided under this subdivision shall describe the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.*

Here, there is no written summary that notifies Mr. Tunkara of what to expect, nor is there any reason for those case-specific opinions. The notice includes testimony about computers, weapons,

crack cocaine, powder cocaine, glassware, search warrants, drug records, aerial photos, trophy photos, cutting agents, hypodermic needles – none of which are part of this case in any form or fashion. The length of the government's notice should not substitute for substance – nothing in the notice describes the expected expert testimony from either witness *about this case.* Nothing in the government's notice complies with either the letter or the spirit of the rule.

Thus, the Court should, as a remedy under Rule 16(d)(2)(C), prohibit the government from introducing any expert testimony other than that stipulated to on the basis of the lab reports.

Respectfully submitted,

S/Melody Evans
MELODY EVANS #17612
Assistant Federal Public Defender
   For the District of Kansas
424 South Kansas Avenue, Room 205
Topeka, Kansas 66603-3439
Phone: 785/232-9828
Fax: 785/232-9886
E-mail Address: melody_evans@fd.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2005, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mr Randy M. Hendershot
Assistant United States Attorney
444 SE Quincy      Room 290
Topeka KS 66683


s/ Melody Evans